**Order entered September 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01157-CV
No. 05-14-01158-CV
No. 05-14-01159-CV
No. 05-14-01160-CV
No. 05-14-01161-CV

**IN RE C.T. AND T.T., Relators**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-21229-U**
**Trial Court Cause No. 10-12513-2**
**Trial Court Cause No. 13-21227-2**
**Trial Court Cause No. 01-11212-U**
**Trial Court Cause No. 12-275-U**

## ORDER

Based on the Court's order of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs of this original proceeding.

/s/ MICHAEL J. O'NEILL
   JUSTICE